

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00339-CV

_____

## IN THE INTEREST OF W.D AND C.D., CHILDREN

_____

**From the County Court at Law
Ellis County, Texas
Trial Court No. 95441CCL**

_____

# O R D E R

_____

Exhibit Volumes 5-10 in this appeal were presented as sealed to this Court by the court reporter. The Texas Department of Family and Protective Services, a party to this appeal, requests copies of those volumes to prepare its brief. There being no order from the trial court or this Court requiring these volumes to be sealed or prohibiting a party to the appeal from accessing copies of those exhibits, the Department's Motion to Request Access and a Copy of Sealed Reporters Record is granted. Exhibit Volumes 5-10 are ordered to be copied to a CD and mailed to the Department as soon as practical.

PER CURIAM

Before Chief Justice Gray, and
       Justice Davis
Motion granted
Order issued and filed January 16, 2019

